IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE GRAY INSURANCE COMPANY, | ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. CIV-11-733-C ) |
| RODNEY J. HEGGY, INDIVIDUALLY, and HEGGY & ASSOCIATES, L.L.C., | ) ) ) ) |
| Defendant. | ) |

COURT'S SUPPLEMENTAL INSTRUCTION NO. 1

# COURT'S SUPPLEMENTAL INSTRUCTION NO. 1

You are instructed that you have received all the law and evidence which may properly be considered by you in this case. Please continue with your deliberations.

*[signature]*

Date: 1/23/13